IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, et al., | No. C 11-00965 CW |
| Plaintiffs, | ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DIRECTING PLAINTIFF TO PROCEED WITH DEFAULT |
| v. | |
| RIVER VIEW CONSTRUCTION INC., | |
| Defendant. | |

The Court continues the case management conference, scheduled for June 14, 2011, to September 13, 2011 at 2:00 p.m. Within seven days of the date of this Order, Plaintiff shall ask the Clerk to enter default against Riverview Construction Inc. Within thirty days of the date of the Clerk's entry of default, Plaintiff shall file a motion for default judgment, and upon its filing, said motion will be referred to a Magistrate Judge, pursuant to Civil L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and a report and recommendation on the motion.

Dated: 6/3/2011

CLAUDIA WILKEN
United States District Judge