IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

F.G. CROSTHWAITE, et al.,                         No. C 11-00965 CW

      Plaintiffs,                              ORDER RE DEFAULT

   v.

RIVER VIEW CONSTRUCTION INC.,

      Defendant.
_____/

    Default having been entered by the Clerk on June 13, 2011,

    IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

    IT IS FURTHER ORDERED that the Case Management Conference previously set for Tuesday, September 13, 2011 is maintained.


Dated: 6/16/2011
                              *Claudia Wilken*
                           CLAUDIA WILKEN
                         United States District Judge

cc: Sue

United States District Court
For the Northern District of California